# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MISAEL SANCHEZ,**

    **Plaintiff,**

v.                                                 Case No: 6:17-cv-1785-Orl-22TBS

**RM WIRELESS, INC. and MAYCOM, LLC,**

    **Defendants.**

---

## ORDER

This cause is before the Court on the Renewed Motion for Approval of Settlement (Doc. No. 18) filed on April 9, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. No. 21), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 16, 2018 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Motion for Approval of Settlement is hereby GRANTED.

3. The settlement is APPROVED as a fair and reasonable compromise of a bona fide FLSA dispute.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties